**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 10, 2003**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

---

m 02-60163

---

AIDA RODRIGUEZ-DURAN,

Petitioner,

VERSUS

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

---

Petition for Review of an Order of
the Board of Immigration Appeals
m A75 291 331

---

Before SMITH and BARKSDALE, Circuit
Judges, and FITZWATER,[*] District Judge.

[*] District Judge of the Northern District of Texas,
sitting by designation.

PER CURIAM:[**]

Aida Rodriguez-Duran petitions for review
of an order of the Board of Immigration Ap-
peals that reversed an order of the immigration
judge and denied her request for political

[**] Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be published
and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

asylum. We have reviewed the briefs and applicable authorities and pertinent portions of the record and have heard the arguments of counsel. We conclude that the BIA was correct in determining that there was an insufficient basis for a fear of persecution and that substantial evidence supports the BIA's decision.

The petition for review is DENIED.